UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIKHAIL KOPELEVICH,

                Plaintiff,              JUDGMENT
    v.                                     21-CV-5963(KAM)(VMS)

BIZZEY CAPITAL PARTNERS, INC.;
SEAN TOLNAY; ANDREW LE;
MARK CONNOLLY; JOHN/JANE DOES 1-5,

                Defendants.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on January 2, 2024, dismissing this action for failure to prosecute and comply with a court order; it is

       ORDERED and ADJUDGED that this action is dismissed for failure to prosecute and comply with a court order.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       January 4, 2024                                         Clerk of Court

                                                               By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk